**Exhibit A to the Complaint**

**Location:** Winter Park, FL  
**Total Works Infringed:** 31  
**IP Address:** 107.145.241.103  
**ISP:** Spectrum

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: BFA30A14B5ACDD49ED2E66FDF882640473CA4472<br>File Hash:<br>1B5D4C656444C4321E6BAE842F0C5DE536A344CFCDC7852CD3130CEFB4AC3682 | 07-01-2022 11:47:52 | Vixen | 06-24-2022 | 07-22-2022 | PA0002359475 |
| 2 | Info Hash: D82B3D04FC3C942F5380175F5BD7A953DBFDBE7C<br>File Hash:<br>E18B9AE8F32CC0841E9389E6353EAF180393E302517BFD010DCA54AC172C2E1C | 04-12-2022 07:26:03 | Vixen | 01-21-2022 | 02-14-2022 | PA0002335466 |
| 3 | Info Hash: EDEFF260580ABC2B4E7E910F8D43B87A326D4F1D<br>File Hash:<br>6D9DF80B165F756F81B57875E84BBC91BF9799194751401B5DF52D57212B33A1 | 11-22-2021 17:26:04 | Blacked | 08-19-2021 | 09-30-2021 | PA0002319753 |
| 4 | Info Hash: A7F1171CFACE35002A796CC7428B8304B4D2F335<br>File Hash:<br>997739CDCA49570ACD6F62ED8DA696908D68B6C43D24AF15EE3A11422344A509 | 11-04-2021 00:49:36 | Blacked Raw | 03-01-2021 | 03-08-2021 | PA0002280355 |
| 5 | Info Hash: 4250487D9BBC3E487E7A757F032DB819FDA1292C<br>File Hash:<br>C908CEAC1EFC4FD506BA0EDB7440D378F8844D7C4493C0CB1AEBDA2A65C29DBB | 11-03-2021 23:55:48 | Blacked | 05-29-2021 | 07-08-2021 | PA0002300658 |
| 6 | Info Hash: 634B70078E93F75F084A98621D51AFC94191087B<br>File Hash:<br>1D8CF0C11A85F5976211EA195778C57D294BB252C2E7AB41FA72C1711E28256C | 11-01-2021 22:46:48 | Vixen | 10-29-2021 | 11-11-2021 | PA0002321280 |
| 7 | Info Hash: 0A403C5393AF81473E00CCCA915603AF1658D067<br>File Hash:<br>8B3DE2365C94F483C7750F01139239B1FE005E0C3D56659AF2A8450DDEBB3AB4 | 09-24-2021 21:37:00 | Vixen | 04-23-2021 | 04-27-2021 | PA0002288949 |
| 8 | Info Hash: 08E4516F2B10B7116E9DFDC23BAD089C16D51A99<br>File Hash:<br>59CC496DF2C8E95867635AE3E980F1431D87E8711786E031BF179B341324DF38 | 09-24-2021 02:05:19 | Blacked Raw | 12-21-2020 | 01-05-2021 | PA0002269958 |
| 9 | Info Hash: F7597C8E6D2E91D7740558BA1158A44EE5FF5AB2<br>File Hash:<br>D6DB6AFD8199124A700E5125FB23511002837D7EBDC9A2FA01358D8EABC38D6B | 08-26-2021 01:57:40 | Tushy | 07-25-2021 | 08-20-2021 | PA0002312005 |
| 10 | Info Hash: A035AD89D17FFA204EA1669362F8A2B2947F1D32<br>File Hash:<br>CF5FB70A15A302ADB5C7DC51AA916F5E8F5D7D52373FBEEAB74056948FEF6203 | 08-26-2021 01:21:16 | Blacked | 08-03-2019 | 09-10-2019 | PA0002199412 |
| 11 | Info Hash: 8EE948443FBE7B902CACD7BECB7FEF16C06E5747<br>File Hash:<br>15E258694DED57BC6C45BCE2EE94A799DB8994134024375CAFCCBC3B9C4ED9B4 | 08-22-2021 17:45:50 | Blacked Raw | 05-31-2021 | 06-15-2021 | PA0002296925 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: CB7E904F86564EE8E9DE7299E4F7DE0A585FEC48<br>File Hash:<br>CA61B77B225E71184774689EBF313DA72D5C91F02E09C5E4A7D47DFB1172969A | 08-22-2021<br>17:43:26 | Blacked Raw | 01-22-2019 | 03-24-2019 | PA0002183202 |
| 13 | Info Hash: EEA471AC58E44D8C08CE5F008CA4FCB8A1BC3DBE<br>File Hash:<br>735FE6B829D412D28DFC82EBD327201FA1C37D6BF60692C929223A8CFB3F447E | 07-11-2021<br>01:34:20 | Blacked Raw | 04-20-2020 | 05-19-2020 | PA0002241477 |
| 14 | Info Hash: 7840E899EC57DDF846E589EA8BA4C5FDC7465FC3<br>File Hash:<br>53769DE0CAB8EED27CBCECFD04DFC51122F7B461817906F4E8FEA8300B155A48 | 07-07-2021<br>16:42:21 | Vixen | 05-22-2020 | 06-22-2020 | PA0002245640 |
| 15 | Info Hash: 50DC2EF036DB5594F25ED3B5455050C78A904DBA<br>File Hash:<br>A7738C94604F818E7322174C1C3CF630607E4F042BCC1D4531FD37085D33EDF1 | 07-07-2021<br>12:34:26 | Vixen | 02-05-2021 | 02-09-2021 | PA0002276151 |
| 16 | Info Hash: B4D0B97697D81B77AF5C415F0FBD3CB27BB6CA03<br>File Hash:<br>685811A7F6C3A6F69A48B696E34E82381019290C19CFE6B5910C24C1D8B5C097 | 07-07-2021<br>12:28:50 | Vixen | 06-04-2021 | 06-24-2021 | PA0002303620 |
| 17 | Info Hash: B7441E573A302AB3AE9F883F1203B2952746F75F<br>File Hash:<br>42295408AAE92E3EBF7E487E9C9D6247F04DD7F833E9915B97CEF1EB29C6D11A | 07-06-2021<br>09:19:51 | Vixen | 06-25-2021 | 08-20-2021 | PA0002312014 |
| 18 | Info Hash: 633C61C8C943824C1FF5E8E3107FBA4396A8E399<br>File Hash:<br>5A31EAC85A367E7A384C7E6E14BE4BD021E487171F4A91616E348962A2353AE1 | 05-27-2021<br>02:19:34 | Blacked Raw | 07-13-2020 | 07-20-2020 | PA0002248963 |
| 19 | Info Hash: 33A4F0957F39BD711E336BDA133DB458DE45E91A<br>File Hash:<br>3DAF85B3BD145FB374681902E3C68D3173421FC9206B8BF74BA9B2B8C8CA5ACD | 05-24-2021<br>02:04:24 | Blacked | 06-06-2020 | 06-22-2020 | PA0002245636 |
| 20 | Info Hash: C4DB1B3F78C01434EC9B81231E2066634E6311CB<br>File Hash:<br>BCF1D35246A971E1C03E3D9E86D3FE928722E4FE1FE37E94884D8A69C71036A6 | 05-23-2021<br>17:50:34 | Blacked Raw | 01-02-2020 | 02-04-2020 | PA0002225581 |
| 21 | Info Hash: 86804856761D83AD88F3D60A55538FD4C54CCAF9<br>File Hash:<br>A0E0110717861537BA4980ACEF88256134D2FB1A710EA7331055A765A08959FD | 05-23-2021<br>17:25:21 | Blacked | 12-06-2019 | 12-17-2019 | PA0002217665 |
| 22 | Info Hash: 3981818C672261E5A1A0D5B561F7A7FEF98A7805<br>File Hash:<br>35C429C3F1AF53B7D00E899665896B85A9252E0DFB8DF5CEF31D564AF0FBA1F0 | 05-14-2021<br>00:07:41 | Blacked | 09-22-2018 | 11-01-2018 | PA0002143419 |
| 23 | Info Hash: 755B2FD63DC787C4B07EC1D3461F59E10EC33404<br>File Hash:<br>9A78ED2239E3414237B51F747FA98E9540E6D6066ACE7515A2F85FA9EC1B5A6C | 03-28-2021<br>18:32:50 | Vixen | 04-19-2018 | 06-19-2018 | PA0002126656 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 25BB736475DB18C804D23B6C8888A5CA4BC9F352<br>File Hash:<br>F1C4DC35C38B94BE633D4031C4310D521F01B681D5C548060BEBEA53B2BB2A40 | 12-31-2020<br>20:57:14 | Vixen | 02-28-2018 | 04-17-2018 | PA0002116071 |
| 25 | Info Hash: A502765EE8927BE551DDB6D0A52CDB57F1048934<br>File Hash:<br>36E4BB9A35891935F9225C04376E5EB63F648997444FD278004D04A6708901C9 | 11-06-2020<br>12:32:31 | Vixen | 04-10-2020 | 05-05-2020 | PA0002249031 |
| 26 | Info Hash: AFA50296ECAC1832A852B339BC6BF529E4DA693A<br>File Hash:<br>33B7ECDD0429547DA62F5138047273C6E8CB3D79BD4A902EF4B06867E9F6CDB4 | 11-05-2020<br>13:32:30 | Vixen | 01-19-2020 | 02-20-2020 | PA0002237691 |
| 27 | Info Hash: 6139AEF3696F83F031C0ED30F17BE4D3EA235E43<br>File Hash:<br>2FD586D8D4834490E7A7E5E87786872FAB9995B981C78EB30DA5C3ACB75F4208 | 08-29-2020<br>19:52:42 | Vixen | 04-24-2019 | 06-03-2019 | PA0002178769 |
| 28 | Info Hash: F4695C8F59FD86DCDB069CEB3A1866FDD5E3BE43<br>File Hash:<br>CDFFB7F3BE90953602038C71009A204B72D47B1345941FB049F43195C66FBD9E | 08-23-2020<br>18:26:16 | Vixen | 02-03-2020 | 03-15-2020 | PA0002240554 |
| 29 | Info Hash: 1BB2EF62252597B1353F2947F015A86982A0E19F<br>File Hash:<br>F41BE8C6350F2DB9D42BCFC852F0226B8CF802B79821D9C42A3895FCCFC5E94A | 08-15-2020<br>09:05:14 | Vixen | 07-28-2019 | 08-22-2019 | PA0002195513 |
| 30 | Info Hash: F9868546BBF9264CB4609B0C107CBE45ACA74091<br>File Hash:<br>6BF10EE11AF1973ADB109573502645CC2728A0B4627C4B292E438948214CDE5F | 06-16-2020<br>17:00:35 | Blacked Raw | 04-13-2020 | 04-22-2020 | PA0002237695 |
| 31 | Info Hash: D2DDFFECCBBB08FD6FC8A70B89DB307276CC73A7<br>File Hash:<br>CCB1334ACDB8D410F38DDA3BCDC79A6FD7D18941840D14C855F2866FFD8F9B4A | 05-29-2020<br>18:25:24 | Vixen | 02-13-2020 | 03-15-2020 | PA0002240552 |