UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**STRIKE 3 HOLDINGS, LLC,**

      **Plaintiff,**

**v.**                                **Case No.  6:22-cv-1368-CEM-DCI**

**JOHN DOE SUBSCRIBER
ASSIGNED IP ADDRESS
107.145.241.103,**

      **Defendant.**

_____/

## ORDER

THIS CAUSE is before the Court on Plaintiff's Notice of Voluntary Dismissal

with Prejudice of John Doe (Doc. 13). Pursuant to Federal Rule of Civil Procedure

41(a)(1)(A)(i), the Clerk of Court is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on October 18, 2022.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record